■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KARIEM BROADNAX, Appellant. [873 NYS2d 502]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Braun, J.), rendered December 14, 2006, convicting him of assault in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prose-

cution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]). Prudenti, P.J., Dillon, Covello and Leventhal, JJ., concur.